**ATIULAGI F. PESE, Claimant,**

**v.**

**MATEFILI P.F. LEFITI, NICHOLAS PUNIMATA,
and MAUI L. MAILO, Counter-claimants.**

High Court of American Samoa
Land and Titles Division

MT No. 07-04

October 3, 2005

Before KRUSE, Chief Justice; SAGAPOLUTELE, Associate Judge; MAMEA, Associate Judge; SU`APAIA, Associate Judge; and SAOLE, Associate Judge.

Counsel: For Claimant Atiulagi F. Pese, Salanoa S. Aumoeualogo
For Counter-claimant Matefili P.F. Lefiti, *Pro Se*
For Counter-claimant Nicholas Punimata, Fiti Sunia
For Counter-claimant Maui L. Mailo, *Pro Se*

### ORDER

This matter came on regularly for trial this October 3, 2005. Counter-claimant Matefili P.F. Lefiti ("Lefiti") having previously filed on May 6, 2005, his notice to withdraw and dismiss his counterclaim, the only parties appearing for trial were claimant Atiulagi F. Pese, with his counsel Salanoa S. Aumoeualogo, counter-claimant Nicholas Punimata ("Punimata"), through his counsel Fiti A. Sunia, and counter-claimant Maui L. Mailo ("Maui"), appearing *pro se*. Punimata, through his counsel, and Maui in person moved in open court to withdraw and dismiss their respective counterclaims.

Wherefore, the counterclaims of Lefiti, Punimata, and Maui being withdrawn, they are hereby dismissed.

There thus being no "disputed claim" before us for determination under A.S.C.A. § 1.0409, this matter is remanded back to the Territorial Registrar's Office. It is so ordered.